```
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

     DENISE ALESSI

                         Plaintiff(s)

     -vs-                                          06-CV-6328T


     HEGEDORN'S INC. and
     DALE R. VANCE

                         Defendant(s)
_____
```

The parties having electronically filed a Stipulation Discontinuing Action on December 8, 2006, it is hereby,

ORDERED, that the above action is hereby dismissed with prejudice.  The Court retains jurisdiction over the effectuation of the settlement.

SO ORDERED.

                                    S/ MICHAEL A. TELESCA
                                    MICHAEL A. TELESCA
                                    United States District Judge

Dated: December 11, 2006